## EUREKA PUB. CO. v. FIRST NAT. BANK OF STIGLER.

No. 7608—Opinion Filed September 12, 1916.

(159 Pac. 1118.)

**Appeal and Error—Supersedeas Bond—Sureties on—Liability.**

In a case appealed to the Supreme Court, where a supersedeas bond has been given staying execution, and the judgment here is against the appellant, this court, by virtue of the provisions of chapter 249, Session Laws 1915, will enter judgment against the sureties on such bond.

(Syllabus by Edwards, C.)

Error from District Court, Haskell County; W. H. Brown, Judge.

Action between the First National Bank of Stigler, a corporation, and the Eureka Publishing Company. There was a judgment for the former and the latter brings error. The judgment being affirmed, the successful party moved for judgment against the sureties on the supersedeas bond. Motion sustained.

See, also, ante, p. 285, 159 Pac. 508.

Holley & Means and A. L. Beckett, for plaintiff in error.

Clark & Foster, for defendant in error.

Opinion by EDWARDS, C. On appeal to this court the judgment rendered in the lower court was affirmed. A supersedeas bond had been given staying the execution. A motion has been filed herein for judgment against the sureties on such supersedeas bond. By virtue of the provisions of chapter 249, Sess. Laws 1915, as construed in Long v. Lang, 49 Okla. 342, 152 Pac. 1078, the motion is sustained.

Judgment is therefore entered in this court in favor of the First National Bank of Stigler in the sum of $1,172.55, with 10 per cent. interest from January 8, 1915, for $22.25 costs taxed in the lower court, and all costs in this court.

By the Court: It is so ordered.

---

## KOSTACHEK v. OWEN.

No. 7439—Opinion Filed July 11, 1916.

(159 Pac. 366.)

**Appeal and Error—Case-Made—Nullity.**

In an absence of a waiver by the defendant in error, a case-made, signed and settled by the trial court before the expiration of the time granted for the suggestion of amendments, is a nullity.

(Syllabus by Bleakmore, C.)

Error from District Court, Noble County; Wm. M. Bowles, Judge.

Action by B. A. Owen against Joseph Kostachek. Judgment for plaintiff and defendant brings error. Dismissed.

H. A. Johnson, for plaintiff in error.

P. W. Cress, for defendant in error.

Opinion by BLEAKMORE, C. This case presents error from the district court of Noble county, wherein judgment was rendered for the plaintiff on January 7, 1914. Thereafter, January 29th, motion for new trial was overruled, and defendant granted 60 days in addition to the time allowed by statute within which to prepare and serve a case-made. On February 24, 1914, defendant was granted an additional 60 days from the expiration of the time allowed in the original order within which to make and serve such case, and plaintiff was given 20 days thereafter to suggest amendments, the case-made to be settled and signed on 5 days' notice. On June 2, 1914, 29 days before expiration allowed him to suggest amendments thereto, and without waiver of such right, in the absence of plaintiff or his counsel, the case-made was settled and signed by the judge. Plaintiff now moves to dismiss this proceeding for the reason that the action of the trial judge in signing and settling case-made under circumstances was a nullity. In Cummings v. Tate, 47 Okla. 54, 147 Pac. 304, it is held:

"The time allowed by the trial court for the suggestion of amendments to a case-made commences to run, not from the date of the service of the case-made, but from the expiration of the period of extension. In an absence of a waiver by the defendant in error, a case-made, signed and settled by the trial court before the expiration of the time granted for the suggestion of amendments, is a nullity."

The motion to dismiss is well taken and should be sustained.

By the Court: It is so ordered.